IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the November 12, 2011 Manny Pacquiao v. Juan Manuel Marquez, Championship Fight Program, <br><br> Plaintiff, <br><br> v. <br><br> 1) TORRES TACO HAVEN, INC., individually, and d/b/a TORRES TACO HAVEN and d/b/a TACO HAVEN; and <br> 2) JERRY V. TORRES a/k/a JERRY TORRES, individually, and d/b/a TORRES TACO HAVEN and d/b/a TACO HAVEN; and <br> 3) ELIDA TORRES a/k/a ELIDA A. TORRES, individually, and d/b/a TORRES TACO HAVEN and d/b/a TACO HAVEN, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 5:14-cv-00990 |

## PLAINTIFF'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

Pursuant to FED. R. CIV. P. 7.1, Plaintiff J&J Sports Productions, Inc. ("Plaintiff") provides the following information:

**For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):**

None.

**A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:**

1. J&J Sports Productions, Inc.
   2380 South Bascom Avenue, Suite 200
   Campbell, California 95008

2. Torres Taco Haven, Inc.
   Registered Agent: Jerry V. Torres
   1122 Mission Rd.
   San Antonio, TX 78210

3. Jerry V. Torres a/k/a Jerry Torres
   1122 Mission Rd.
   San Antonio, TX 78210

4. Elida Torres a/k/a Elida A. Torres
   1122 Mission Rd.
   San Antonio, TX 78210

Respectfully submitted,

By: /s/ David M. Diaz
    David M. Diaz
    Attorney-in-charge
    State Bar No. 24012528
    ddiaz@kbdtexas.com
    Andrew R. Korn
    Of Counsel
    State Bar No. 11683150
    akorn@kbdtexas.com

THE KORN DIAZ FIRM
4221 Avondale Avenue
Dallas, Texas 75219
(214) 521-8800 – Telephone
(214) 521-8821 – Telecopy

ATTORNEYS FOR PLAINTIFF
J&J SPORTS PRODUCTIONS, INC.