# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| J&J Sports Productions, Inc., as Broadcast Licensee of the Nov. 12, 2011 Pacquiao/Marquez Event <br> *Plaintiff* <br> v. <br> Torres Taco Haven, Inc., ind., et al.; Jerry V. Torres, ind., et al.; Elida Torres, ind., et al. <br> *Defendant* | Civil Action No. 5:14-cv-990 HLH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Elida Torres a/k/a Elida A. Torres, individually, and d/b/a Torres Taco Haven and d/b/a Taco Haven

   at 1122 Mission Rd., San Antonio, TX 78210; or
   1032 S. Presa St., San Antonio, TX 78210; or
   1024 S. Presa St., San Antonio, TX 78210; or
   1029 S. Presa St., San Antonio, TX 78210.

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Andrew R. Korn, Esq. and/or David M. Diaz, Esq.
   THE KORN DIAZ FIRM
   4221 Avondale Avenue
   Dallas, Texas 75219
   (214) 521-8800 - Telephone

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   William G. Putnicki

Date: 11/17/2014                            *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:14-cv-990

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                            _____
                                            *Server's signature*

                                            _____
                                            *Printed name and title*

                                            _____
                                            *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| J&J Sports Productions, Inc., as Broadcast Licensee of the Nov. 12, 2011 Pacquiao/Marquez Event <br> *Plaintiff* <br> v. <br> Torres Taco Haven, Inc., ind., et al.; Jerry V. Torres, ind., et al.; Elida Torres, ind., et al. <br> *Defendant* | ) ) ) ) ) ) ) ) ) <br> Civil Action No. 5:14-cv-990 HLH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Torres Taco Haven, Inc., individually, and d/b/a Torres Taco Haven and d/b/a Taco Haven, by serving its registered agent, Jerry V. Torres,

at 1122 Mission Rd., San Antonio, TX 78210; or
1032 S. Presa St., San Antonio, TX 78210; or
1024 S. Presa St., San Antonio, TX 78210; or
1029 S. Presa St., San Antonio, TX 78210.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew R. Korn, Esq. and/or David M. Diaz, Esq.
THE KORN DIAZ FIRM
4221 Avondale Avenue
Dallas, Texas 75219
(214) 521-8800 - Telephone

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* William G. Putnicki

Date: 11/17/2014

*Signature of Clerk or Deputy Clerk*



Civil Action No. 5:14-cv-990

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                              *Server's signature*

                                              *Printed name and title*

                                              *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| J&J Sports Productions, Inc., as Broadcast Licensee of the Nov. 12, 2011 Pacquiao/Marquez Event <br> *Plaintiff* <br> v. <br> Torres Taco Haven, Inc., ind., et al.; Jerry V. Torres, ind., et al.; Elida Torres, ind., et al. <br> *Defendant* | ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 5:14-cv-990 HLH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Torres Taco Haven, Inc., individually, and d/b/a Torres Taco Haven and d/b/a Taco Haven, by serving its registered agent, Jerry V. Torres,

at 1122 Mission Rd., San Antonio, TX 78210; or
1032 S. Presa St., San Antonio, TX 78210; or
1024 S. Presa St., San Antonio, TX 78210; or
1029 S. Presa St., San Antonio, TX 78210.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew R. Korn, Esq. and/or David M. Diaz, Esq.
THE KORN DIAZ FIRM
4221 Avondale Avenue
Dallas, Texas 75219
(214) 521-8800 - Telephone

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT William G. Putnicki

Date: 11/17/2014

*Signature of Clerk or Deputy Clerk*



Civil Action No. 5:14-cv-990

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: